**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**JAMES R. MORGAN AND
INDUSTRIAL/COMMERCIAL
SALES AND SERVICE, LLC,**

       **Plaintiffs,**

**v.**

**WILLIAM EDWARDS,**

       **Defendant.**                        **Case No. 10-cv-88-DRH**

## <u>ORDER</u>

**HERNDON, Chief Judge:**

        This matter comes before the Court for case management purposes, in particular to remind plaintiff Industrial/Commercial Sales and Service, LLC of its obligation to comply with the requirements of **FEDERAL RULE OF CIVIL PROCEDURE 7.1** by filing a corporate disclosure statement.  Thus, the Court **ORDERS** plaintiff Industrial/Commercial Sales and Service, LLC to file its disclosure statement on or before **May 10, 2010**.

        **IT IS SO ORDERED.**

        Signed this 22nd day of April, 2010.


                        /s/   David R Herndon
                        **Chief Judge
                        United States District Court**